AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

United States of America

**V.**

$10,355.00 in U.S. Currency

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   06-CV-28 W (NLS)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Good cause appearing, the court hereby grants the United States motion to strike the answer of Rachel Galvez. No claimants remaining, the court enters judgment of forfeiture against the defendant currency. The Clerk shall close the case file.

| April 4, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ A. Everill |
| | (By) Deputy Clerk |
| | ENTERED ON April 4, 2007 |